```
Chris Johnson Hamer,
State Bar No. 105752
Joshua R. Kaufman,
State Bar No. 225987
STOKES, ROWE, HAMER & KAUFMAN, LLP
381 Bayside Road
Arcata, CA 95521
Tele: (707) 822-1771
Fax: (707) 822-1901

Attorneys for Defendant
Justin Ladd, dba The Alibi
Restaurant & Cocktail
Lounge
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA MILLER<br><br>　　Plaintiff,<br><br>vs.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE and DOES ONE to FIFTY INCLUSIVE,<br><br>　　Defendants. | CASE NO. CV 08 5595<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

　　IT IS HEREBY STIPULATED by and among all parties that the status conference currently scheduled on April 14, 2009 at 1:00 PM, be continued and heard on Tuesday, April 28, 2009, at 2:30 PM, at 514 H Street, 2nd Floor, Eureka, California.

Dated:                          STOKES, ROWE, HAMER & KAUFMAN, LLP

                                By _____
                                   Chris Johnson Hamer
                                   Attorney for Defendant


Dated:                          SINGLETON LAW GROUP


                                By _____
                                   Jason K. Singleton
                                   Attorney for Plaintiff


## ORDER

IT IS HEREBY ORDERED that the status conference currently scheduled on April 14, 2009, at 1:00 PM, be continued and heard on Tuesday, April 28, 2009, at 2:30 PM, at 514 H Street, 2nd Floor, Eureka, California.

Dated: 4/6/09                   _____
                                Nandor J. Vadas
                                United States Magistrate Judge

```
1  Dated:                          STOKES, ROWE, HAMER & KAUFMAN, LLP
2
3                                  By_____
                                     Chris Johnson Hamer
4                                    Attorney for Defendant
5
6
7  Dated:                          SINGLETON LAW GROUP
8
9                                  By_____
                                     Jason K. Singleton
10                                   Attorney for Plaintiff
11
12
13
                                       ORDER
14
        IT IS HEREBY ORDERED that the status conference currently
15
    scheduled on April 14, 2009, at 1:00 PM, be continued and heard
16
    on Tuesday, April 28, 2009, at 2:30 PM, at 514 H Street, 2nd
17
    Floor, Eureka, California.
18
19
20
21 Dated:
22                                 _____
                                   Nandor J. Vadas
23                                 United States Magistrate Judge
```

STIPULATION TO CONTINUE AND ORDER - 2