Chris Johnson Hamer,
State Bar No. 105752
Joshua R. Kaufman,
State Bar No. 225987
STOKES, ROWE, HAMER & KAUFMAN, LLP
381 Bayside Road
Arcata, CA 95521
Tele: (707) 822-1771
Fax: (707) 822-1901

Attorneys for Defendant
Justin Ladd, dba The Alibi
Restaurant & Cocktail
Lounge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA MILLER | ) CASE NO. CV 08 5595 |
| | ) |
|     Plaintiff, | ) ORDER (~~PROPOSED~~) TO VACATE |
| | ) DEFENDANT'S MOTION TO DISMISS |
| vs. | ) OR, IN THE ALTERNATIVE, FOR A |
| | ) MORE DEFINITE STATEMENT |
| JUSTIN SHANE LADD, dba THE | ) |
| ALIBI RESTAURANT & COCKTAIL | ) |
| LOUNGE and DOES ONE to FIFTY | ) |
| INCLUSIVE, | ) |
| | ) |
|     Defendants. | ) |

    Plaintiff Alyssa Miller having filed a first amended complaint for injunctive relief and damages, the Court finds that Defendant Justin Ladd's Motion to Dismiss or, in the alternative, Motion for a More Definite Statement, is moot and hereby vacates Defendant's motions.

    Defendant shall file an answer or other responsive pleading to the first amended complaint within 20 days of this order.

1  IT IS SO ORDERED.

3  Dated: May 6, 2009

   _____
   Honorable Nandor J. Vadas
   United States District Court Magistrate

(~~PROPOSED~~) ORDER TO VACATE MOTION TO DISMISS
Page 2 of 2