**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, ALYSSA MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA MILLER,<br><br>　　Plaintiff,<br><br>v.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE, and DOES ONE to FIFTY, inclusive,<br><br>　　Defendants. | Case No.  CV 08-5595 NJV<br><br>**STIPULATION AND ORDER AFTER HEARING** |

Comes now Plaintiff by and through her attorney, Jason K. Singleton, and Defendant by and through his attorney, Chris Hamer and stipulate to the following:

1. The parties will schedule the depositions of Plaintiff and Defendant;
2. Defendant shall prepare and serve on Plaintiff initial disclosures limited to those specified by Rule 26 (a)(1)(A)(i);
3. All other discovery is stayed pending the Court's ruling on Defendant's currently outstanding motions and a ruling from the California Supreme Court in ***Munson v. Del Taco***, 522 F.3d 997 (9th Cir. 2008).

///

///

///

It is so Stipulated.

**SINGLETON LAW GROUP**

Dated:     June 9, 2009          /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **ALYSSA MILLER**

**STOKES, ROWE, HAMER & KAUFMAN, LLP**

Dated:     June 9, 2009          /s/ Joshua Kaufman
Joshua Kaufman,
Chris Johnson Hamer,
Attorneys for Defendant,
JUSTIN SHANE LADD

## ORDER

After hearing the within matter on June 9, 2009, the Court adopts the above stipulations as its Order.

IT IS SO ORDERED.

Dated: 6/17/09

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE