1  Chris Johnson Hamer,
   State Bar No. 105752
2  Joshua R. Kaufman,
   State Bar No. 225987
3  STOKES, ROWE, HAMER & KAUFMAN, LLP
   381 Bayside Road
4  Arcata, CA 95521
   Tele: (707) 822-1771
5  Fax: (707) 822-1901

6  Attorneys for Defendant
   Justin Ladd, dba The Alibi
7  Restaurant & Cocktail
   Lounge

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  ALYSSA MILLER                ) **CASE NO. CV 08 5595**
                                 )
13        Plaintiff,             ) **STIPULATION AND ORDER TO PERMIT**
                                 ) **FILING AND SERVICE OF FIRST**
14  vs.                          ) **AMENDED ANSWER TO SECOND**
                                 ) **AMENDED COMPLAINT**
15                               )
    JUSTIN SHANE LADD, dba THE   )
16  ALIBI RESTAURANT & COCKTAIL  )
    LOUNGE and DOES ONE to FIFTY )
17  INCLUSIVE,                   )
                                 )
18                               )
          Defendants.           )
19  _____)

20

21

22        IT  IS  HEREBY  STIPULATED  by  and  between  plaintiff  and

23  defendant,  by  and  through  their  attorneys  of  record,  that

24  defendant Justin Shane Ladd, dba THE ALIBI RESTAURANT & COCKTAIL

25  LOUNGE, may file his First Amended Answer to Second Amended

26  Complaint, a copy of which is attached hereto as **Exhibit "A"**,

27  and that a Court order authorizing and permitting the filing and

28

1  service of the First Amended Answer shall be entered as set

2  forth below.

3

4  SO STIPULATED.

5

6

7  Dated: 3-30-10          STOKES, ROWE, HAMER & KAUFMAN, LLP

8

9

10                          By _____
                            Chris Johnson Hamer
                            Attorneys for Defendant Justin Shane
11                          Ladd

12

13

14  Dated: 3-26-10          SINGLETON LAW GROUP

15

16                          By _____
                            Jason K. Singleton
17                          Attorneys for Plaintiff Alyssa Miller

18

19                          **ORDER**

20      Upon reading the above Stipulation and good cause appearing

21  therefore,

22      IT IS HEREBY ORDERED that defendant Justin Shane Ladd, dba

23  THE ALIBI RESTAURANT & COCKTAIL LOUNGE, is hereby granted leave

24  to serve and file his First Amended Answer to Second Amended

25  Complaint, a copy of which is attached hereto as **Exhibit "A"**.

26

27  Dated: 4/2/10

28                          _____
                            Nandor J. Vadas
                            United States Magistrate Judge


STIPULATION TO PERMIT FILING AND SERVICE OF SECOND AMENDED ANSWER - 2