IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALYSSA MILLER, | No. C 08-5595 NJV |
| Plaintiff, | ORDER VACATING MEDIATION DEADLINE |
| v. | |
| JUSTIN SHANE LADD, | |
| Defendants. / | |

IT IS ORDERED THAT the previously scheduled deadline for mediation of May 31, 2010 set in the court's Case Management and Pretrial Order filed January 22, 2010 is hereby VACATED. Mediation shall be conducted in advance of the pretrial conference which is scheduled for August 24, 2010.

SO ORDERED:

Date: May 25, 2010

NANDOR J. VADAS
United States Magistrate Judge