1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALYSSA MILLER,<br><br>     Plaintiff,<br><br>vs.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE and DOES ONE to FIFTY INCLUSIVE,<br><br>     Defendants.<br>_____ | ) CASE NO. CV 08 5595<br>)<br>) ORDER ON STIPULATION TO ORDER<br>) MODIFYING CASE MANAGEMENT AND<br>) PRETRIAL ORDER AND PERMITTING<br>) WITHDRAWAL OF EXHIBITS TO<br>) PREVIOUSLY-FILED MOTION FOR<br>) SUMMARY JUDGMENT<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

   1.   Paragraph 3 of the Case Management and Pretrial Order provides that all dispositive motions shall be served and filed no less than thirty-five (35) days prior to the scheduled hearing date which hearing shall occur not later than July 20, 2010;

   2.   July 20, 2010 was not available for hearing on the Court's calendar and the closest hearing date to July 20, 2010 which was available was July 13, 2010 so defendant's motion for summary judgment was scheduled to be heard July 13, 2010.

STIPULATION TO ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER AND PERMITTING
WITHDRAWAL OF EXHIBITS TO PREVIOUSLY-FILED MOTION FOR SUMMARY JUDGMENT; ORDER THEREON

- 1 -

1    3.   In order to have defendant's motion for summary
2  judgment heard on July 13, 2010, it was necessary for defendant
3  to file and serve his motion for summary judgment on June 8,
4  2010.
5    4.   Defendant served and filed his motion for summary
6  judgment on June 8, 2010 as required.
7    5.   Defendant subsequently discovered that he had
8  inadvertently failed to redact plaintiff's personal information
9  from the exhibits to the declaration of Chris Hamer in support
10 of the motion for summary judgment prior to filing with the
11 court.
12   6.   Defendant wishes to remove the Exhibits to the
13 Declaration of Chris Hamer and re-file the Exhibits with the
14 personal information redacted. Defendant is unable to do so
15 unless the Case Management and Pretrial Order is modified to
16 permit the motion to be heard less than thirty-five (35) days
17 after the Exhibits are re-filed in order to preserve the July
18 13, 2010 hearing.
19   7.   Defendant has re-filed such redacted exhibits on this
20 day, June 9, 2010, and instructed the e-file help desk of the
21 United States District Court, Northern District of California to
22 lock the un-redacted exhibits from public access.
23    IT IS THEREFORE STIPULATED by and between plaintiff Alyssa
24 Miller, by and through her attorney of record, Jason Singleton,
25 and defendant Justin Shane Ladd, dba The Alibi Restaurant &
26 Cocktail Lounge, by and through his attorneys of record, Stokes,
27 Rowe, Hamer & Kaufman, LLP, by Chris Johnson Hamer, that an
28 Order shall issue:

1.  Modifying Paragraph 3 of the Case Management and Pretrial Order concerning Motions to permit defendant's motion for summary judgment to be served and filed not less than thirty-four (34) days before the hearing;

2.  To remove the Exhibits to the Declaration of Chris Hamer in support of the Motion for Summary Judgment filed as Exhibits 1-3 of the Declaration of Chris Hamer and Exhibits 4-8 of the Declaration of Chris Hamer, docket #52, served and filed June 8, 2010.

SO STIPULATED.

Dated:                          STOKES, ROWE, HAMER & KAUFMAN, LLP


                                By_____
                                  Chris Johnson Hamer
                                  Attorneys for Defendant Justin Shane
                                  Ladd


Dated:                          SINGLETON LAW GROUP


                                By_____
                                  Jason K. Singleton
                                  Attorneys for Plaintiff Alyssa Miller

STIPULATION TO ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER AND PERMITTING WITHDRAWAL OF EXHIBITS TO PREVIOUSLY-FILED MOTION FOR SUMMARY JUDGMENT; ORDER THEREON

- 3 -

**ORDER**

Upon reading the above Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The first sentence of Paragraph 3 of the Case Management and Pretrial Order entered in this proceeding on or about January 22, 2010 shall be, and hereby is, modified to provide as follows:

> "3. MOTIONS
>
> All dispositive motions shall be served and filed not less than thirty-four (34) days prior to the scheduled hearing date which hearing shall occur not later than July 20, 2010."
>
> in order to preserve the July 13, 2010 hearing date.

2. Exhibits 1-3 of the Declaration of Chris Hamer and Exhibits 4-8 of the Declaration of Chris Hamer in Support of the Motion for Summary Judgment of Defendant Justin Shane Ladd, dba The Alibi Restaurant & Cocktail Lounge, as filed within docket #52 on June 8, 2010, be removed.

IT IS SO ORDERED.

Dated: June 11, 2010



_____
Nandor J. Vadas
United States Magistrate Judge