# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| ALYSSA MILLER,<br><br>    Plaintiff,<br>v.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No.  CV 08-5595 NJV<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO FILE MEDICAL RECORDS UNDER SEAL AND FOR PROTECTIVE ORDER |

This matter is before the Court on Plaintiff's Motion to Seal and for a Protective Order ("Motion") regarding the medical records of Plaintiff that were submitted in connection with the parties' briefing on Defendant's motion for summary judgment. Because some of the medical records at issue have already been made a part of the public record in connection with the parties' briefing on Defendants' motion for summary judgment, Defendants shall submit either their opposition to Plaintiff's Motion or a statement of non-opposition no later than 5:00 p.m. on Wednesday, June 23, 2010.

IT IS SO ORDERED.

Dated: June    21, 2010

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE