UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALYSSA MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE, and DOES ONE to FIFTY, inclusive,<br><br>    Defendant.<br>_____/ | No. CV 08-5595 NJV<br><br>**PRETRIAL SCHEDULING ORDER** |

Pursuant to the stipulation of the parties the September 21, 2010 trial date and associated pretrial deadlines are hereby VACATED and reset as follows:

**1. TRIAL DATE**:

    a. A jury trial will begin on January 25, 2011 at 9:30 a.m. in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, CA 95501 ("Eureka Federal Courthouse").

    b. The length of the trial will be no more than four (4) days.

**2. FINAL PRETRIAL CONFERENCE**

    a. A final pretrial conference shall be held at least **thirty (30)** days before the date set for trial. The final pretrial conference shall be held on Tuesday, December 14, 2010

at 2:30 p.m. in the Eureka Federal Courthouse.  Each party shall attend personally or by counsel who will try the case.

     b. **Not less than thirty (30) days** prior to the date of the final pretrial conference, all counsel or parties shall meet and fulfill the requirements of L.R. 16-10(b).

**3.  PRETRIAL FILINGS**

     a. **Not less than twenty (20) days** prior to the final pretrial conference, counsel or parties shall:

          (i)  Serve and file a **joint** final pretrial conference statement pursuant to L.R. 16-10(b).  The joint final pretrial conference statement shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) as well as the following:

THE ACTION
- Substance of the Action
- Relief Prayed

FACTUAL BASIS FOR THE ACTION
- Undisputed Facts
- Disputed Factual Issues
- Agreed Statement
- Stipulations

DISPUTED LEGAL ISSUES
- (List)

TRIAL PREPARATION
- Witnesses to be Called
- Exhibits, Schedules and Summaries
- Trial
- Estimate of Trial Time
- Use of Discovery Responses at Trial
- Further Discovery or Motions

TRIAL ALTERNATIVES AND OPTIONS
- Settlement Discussions

Amendments - Dismissals

Bifurcation, Separate Trial of Issues

MISCELLANEOUS

Any other concerns of the parties

(ii)  Serve and file **trial briefs**, which shall specify each cause of action and defense remaining to be tried along with a statement of the applicable legal standard (no opposition shall be filed).   Two (2) courtesy copies of trial briefs shall be provided.

(iii)  Serve and file **motions in limine** which shall be contained in one document where possible.   Two (2) courtesy copies of motions in limine shall be provided. Motions in limine will be decided at the Pretrial Conference.

(iv)  Serve and file a list of **discovery excerpts** from depositions (specifying the witness, page and line references), interrogatory answers, and requests for admission that will be offered at trial, and whether the excerpt is to be offered in lieu of testimony or for  impeachment or rebuttal purposes;

(v)  Serve and file a list of **witnesses** likely to be called at trial, in person or by deposition, other than solely for impeachment or rebuttal, with a brief statement describing the substance of the testimony to be given;

(vi)  Serve and file a numerical **list of exhibits** (including demonstrative exhibits that may be admitted into evidence but not those that are purely illustrative), with a brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness;

(vii)  For cases to be tried by jury, serve and file proposed **joint voir dire questions** and **joint jury instructions** (further instructions regarding jury instructions are below).

(viii)  For cases to be tried by the court, serve and file **proposed findings of fact and conclusions of law**.

(ix)  Serve and file a proposed **verdict form** which contains no reference to the submitting party.

b. No party shall be permitted to call any witness or offer any exhibit in its case in chief that is not disclosed in these pretrial filings without leave of court and for good cause.

c. **Not less than ten (10) days** prior to the final pretrial conference, counsel or parties shall serve and file any **opposition or objection** to those items required by paragraph 7(a) of this order. Additionally, counsel or parties shall file any objections to the qualifications of **expert witnesses** contained in the opposing party's witness list. Objections not filed as required will be deemed waived. No replies shall be filed. All motions and objections shall be heard at the pretrial conference unless otherwise ordered.

d. At least **two (2) weeks before trial**, the parties shall:

(i) **exchange exhibits** which shall be premarked (see label below), tabbed and in binders; and

(ii) deliver to chambers the original and two duplicate sets of all exhibits premarked, tabbed and in binders. Exhibits are not to be filed.

For numbering exhibits, the plaintiff shall use numbers and the defendant shall use letters.

Exhibit Label:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. _____

Exhibit No. _____

Date entered: _____

RICHARD W. WIEKING, Clerk

By: _____

Deputy Clerk

**4.  JURY TRIAL**

a.  Counsel shall submit an **agreed upon set** of additional **voir dire** questions to be posed by the court.  Any voir dire questions on which counsel cannot agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after the court's questioning.

b.  **Jury Instructions**.  The following jury instructions from the Manual of Model Civil Jury Instructions for the Ninth Circuit (October 2009 Edition) will be given absent objection:  1.1 - 1.14, 1.18, 1.19, and 3.1-3.5.  The Ninth Circuit Manual of Model Jury Instructions is available on the website for the U.S. District Court for the Northern District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home page button on the lower left side of the District Court's home page, and then choose the Manual from the list on the left hand side of 9th Circuit home page (Jury Instructions - Civil).

Counsel shall submit an agreed upon set of case specific instructions, using the Ninth Circuit Manual where appropriate.  Do not submit duplicates of those listed above.  Any instructions on which counsel cannot agree may be submitted separately.  Each requested instruction shall be typed in full on a separate page with citations to the authority upon which it is based <u>and</u> a reference to the party submitting it. Counsel shall submit a <u>table of contents</u> with their jury instructions.  A **second blind copy** of each instruction and verdict form shall also be submitted omitting the citation to authority and the reference to the submitting party.

9. All documents filed with the Clerk of the Court shall list the civil case number followed by the initials "NJV."  One copy shall be clearly marked **chambers** copy.

DATED: July 27, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge