UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALYSSA MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE, and DOES ONE to FIFTY, inclusive,<br><br>  Defendants. | Case No.  CV 08-5595 NJV<br><br>ORDER VACATING TRIAL AND PRETRIAL DEADLINES; SETTING STATUS CONFERENCE RE: SATISFACTION OF SETTLEMENT CONDITIONS |

This matter is before the Court on the parties request to vacate the January 25, 2011 trial and related pretrial deadlines in light of the settlement that the parties agreed to on August 16, 2010.  The Court will grant the parties' request to vacate the trial and pretrial deadlines and set this matter for a status conference on January 25, 2011.  However, the Court strongly encourages the parties to make prompt and diligent efforts to satisfy the conditions of settlement as soon as possible.

The January 25, 2011 trial and related pretrial deadlines are VACATED.  This matter is set for a status conference at 1:00 p.m. on Tuesday, January 25, 2011.

IT IS SO ORDERED.

Dated:     August 25, 2010

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE