JASON K. SINGLETON, State Bar #166170
jason@singletonlawgroup.com
RICHARD E. GRABOWSKI, State Bar #236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX (707) 441-1533

Attorneys for Plaintiff, ALYSSA MILLER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA MILLER,<br><br>　　Plaintiff,<br>v.<br><br>JUSTIN SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE, and DOES ONE to FIFTY, inclusive,<br><br>　　Defendants. | Case No. 1:08-CV-05595-NJV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER |

　　Plaintiff Alyssa Miller and Defendant Justine Shane Ladd, dba The Alibi Restaurant & Cocktail Lounge (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 12, 2010

Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **ALYSSA MILLER**

**STOKES, ROWE, HAMER & KAUFMAN, LLP**

Dated: August 18, 2010

Chris Johnson Hamer,
Joshua Kaufman, Attorneys for Defendant
**JUSTINE SHANE LADD, dba THE ALIBI RESTAURANT & COCKTAIL LOUNGE**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Alyssa Miller v. Justine Shane Ladd, et al.</u>, Case Number 1:08-CV-5595-NJV, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: September 14, 2010

IT IS SO ORDERED
Judge Nandor J. Vadas
NANDOR J. VADAS
UNITED STATES DISTRICT JUDGE